### Bennie BALCH v. STATE.
### No. 15088.

Court of Criminal Appeals of Texas.

Jan. 13, 1932.

A. C. Chrisman and Gean Turner, both of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for burglary; punishment being two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal and requests a dismissal thereof, and the immediate issuance of the mandate.

In compliance with the request, the appeal is dismissed, and it is directed that the mandate issue without delay.

### Tone CARTER v. STATE.
### No. 14777.

Court of Criminal Appeals of Texas.

Jan. 20, 1932.

Irwin T. Ward, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Unlawfully selling intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

Gordon Shirley, the alleged purchaser, testified that he bought whisky from the appellant. The appellant denied the sale and introduced many witnesses supporting his general reputation for truth and veracity.

There are no bills of exception. No faults in

### Miller COKER v. STATE.
### No. 14741.

Court of Criminal Appeals of Texas.

Jan. 20, 1932.

T. J. Ramey, of Sulphur Springs, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for rape; the punishment being assessed at seven years' confinement in the penitentiary.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal.

At his request, the appeal is dismissed.